Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant CNU Online Holdings, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Phylus Frazier-Swayne,<br><br>　　　Plaintiff,<br><br>v.<br><br>Clarity Services, Inc., CNU Online Holdings, LLC,<br><br>　　　Defendants. | CASE NO.  2:22-cv-01364-GMN-VCF<br><br>**Joint Motion and ~~Proposed~~ Order to Extend CNU Online Holdings, LLC's Deadline to Respond to Plaintiff's Complaint**<br><br>**(First Request)** |

Defendant CNU Online Holdings, LLC's ("CNU") response to Plaintiff Phylus Frazier-Swayne's complaint is due September 16, 2022.  CNU has requested, and Plaintiff has agreed, that CNU have up to and including September 30, 2022, to respond to Plaintiff's complaint, to provide time for CNU to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against CNU.

[continued on following page]

1  This is the first request for such an extension, and it is made in good faith and
2  not for purposes of delay.

3  Dated: September 16, 2022

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br>(702) 337-2322<br>mk@kindlaw.com |
| *Attorneys for Defendant CNU Online Holdings, LLC* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-19-2022

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

# CERTIFICATE OF SERVICE

I certify that on September 16, 2022, and pursuant to FRCP 5, a true copy of the foregoing Stipulation for Extension to Respond to Complaint was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

/s/ M.K. Carlton
An employee of Ballard Spahr