Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant CNU Online Holdings, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Phylus Frazier-Swayne,<br><br>    Plaintiff,<br><br>v.<br><br>Clarity Services, Inc., CNU Online Holdings, LLC,<br><br>    Defendants. | CASE NO.  2:22-cv-01364-GMN-VCF<br><br>**Joint Motion and ~~Proposed~~ Order to Extend CNU Online Holdings, LLC's Deadline to Respond to Plaintiff's Complaint**<br><br>**(Third Request)** |

Defendant CNU Online Holdings, LLC's ("CNU") response to Plaintiff Phylus Frazier-Swayne's complaint is due October 11, 2022.  CNU has requested, and Plaintiff has agreed, that CNU have up to and including October 18, 2022, to respond to Plaintiff's complaint, to provide time for CNU to continue investigating Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against CNU.

[continued on following page]

DMFIRM #404875051 v1

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: October 10, 2022

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant CNU Online Holdings, LLC* | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br>(702) 337-2322<br>mk@kindlaw.com<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-11-2022