1  Joel E. Tasca
   Nevada Bar No. 14124
2  David E. Chavez
   Nevada Bar No. 15192
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  clarkas@ballardspahr.com

7  *Attorneys for Defendant CNU Online Holdings, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Phylus Frazier-Swayne, | CASE NO. 2:22-cv-01364-GMN-VCF |
|---|---|
| Plaintiff, | **Joint Motion and ~~Proposed~~ Order to Extend CNU Online Holdings, LLC's Deadline to Respond to Plaintiff's Complaint** |
| v. | |
| Clarity Services, Inc., CNU Online Holdings, LLC, | **(Fourth Request)** |
| Defendants. | |

Defendant CNU Online Holdings, LLC's ("CNU") response to Plaintiff Phylus Frazier-Swayne's complaint is due October 17, 2022.  CNU has requested, and Plaintiff has agreed, that CNU have up to and including October 31, 2022, to respond to Plaintiff's complaint, to provide time for CNU to continue investigating Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against CNU.  Further, the additional time will allow CNU's counsel to address an emergent family situation regarding the health of a family member.

[continued on following page]

DMFIRM #404875051 v1

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: October 17, 2022

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br>(702) 337-2322<br>mk@kindlaw.com |
| *Attorneys for Defendant CNU Online Holdings, LLC* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-18-2022