1  Joel E. Tasca
   Nevada Bar No. 14124
2  David E. Chavez
   Nevada Bar No. 15192
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  clarkas@ballardspahr.com

7  *Attorneys for Defendant CNU Online Holdings,*
   *LLC*

8

                    UNITED STATES DISTRICT COURT

9

                        DISTRICT OF NEVADA

10

11  Phylus Frazier-Swayne,                    CASE NO.  2:22-cv-01364-GMN-VCF

            Plaintiff,                        **Order to Extend CNU Online**
12                                            **Holdings, LLC's Deadline to**
    v.                                        **Respond to Plaintiff's Complaint**
13
    Clarity Services, Inc., CNU Online        **(Fifth Request)**
14  Holdings, LLC,

15          Defendants.

16

17          Defendant CNU Online Holdings, LLC's ("CNU") response to Plaintiff Phylus

18  Frazier-Swayne's complaint is due October 31, 2022.   CNU has requested, and

19  Plaintiff has agreed, that CNU have up to and including November 14, 2022, to

20  respond to Plaintiff's complaint, to provide time for CNU to continue investigating

21  Plaintiff's allegations and for the parties to continue discussing a potential early

22  resolution of the claims asserted against CNU.

23

24                          [continued on following page]

25

26

27

28

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

DMFIRM #404875051 v1

1    This is the second request for such an extension, and it is made in good faith

2  and not for purposes of delay.

3  Dated:  October 31, 2022

4  BALLARD SPAHR LLP                          FREEDOM LAW FIRM

5
   By:  /s/ David E. Chavez                   By:  /s/ Gerardo Avalos
6  Joel E. Tasca                              Gerardo Avalos
   Nevada Bar No. 14124                       Nevada Bar No. 15171
7  David E. Chavez                            8985 S Eastern Ave, Suite 350
   Nevada Bar No. 15192                       Las Vegas, NV 89123
8  1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135                    *Attorneys for Plaintiff*
9
   *Attorneys for Defendant CNU Online*
10 *Holdings, LLC*

11

12

13                                           **ORDER**

14                                           IT IS SO ORDERED:

15

16

17                                           UNITED STATES MAGISTRATE JUDGE

18                                           DATED:  November 3, 2022

19

20

21

22

23

24

25

26

27

28

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada  89135
702.471.7000 FAX 702.471.7070