Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant CNU Online Holdings, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Phylus Frazier-Swayne,<br><br>    Plaintiff,<br><br>v.<br><br>Clarity Services, Inc., CNU Online Holdings, LLC,<br><br>    Defendants. | CASE NO.  2:22-cv-01364-GMN-VCF<br><br>**Joint Motion and ~~Proposed~~ Order to Extend CNU Online Holdings, LLC's Deadline to Respond to Plaintiff's Complaint**<br><br>**(Sixth Request)** |

Defendant CNU Online Holdings, LLC's ("CNU") response to Plaintiff Phylus Frazier-Swayne's complaint is due November 14, 2022.  CNU has requested, and Plaintiff has agreed, that CNU have up to and including November 30, 2022, to respond to Plaintiff's complaint, to provide time for the parties to continue discussing the merits of this matter with a view toward a potential resolution of the claims asserted against CNU.

[continued on following page]

DMFIRM #404875051 v1

This is the sixth request for such an extension, and it is made in good faith and not for purposes of delay.

Dated:  November 14, 2022

| BALLARD SPAHR LLP | FREEDOM LAW FIRM |
|---|---|
| By:  /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant CNU Online Holdings, LLC* | By:  /s/ Gerardo Avalos<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 S Eastern Ave, Suite 350<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  11-15-2022