Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant CNU Online Holdings, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Phylus Frazier-Swayne,<br><br>Plaintiff,<br><br>v.<br><br>Clarity Services, Inc., CNU Online Holdings, LLC,<br><br>Defendants. | CASE NO. 2:22-cv-01364-GMN-VCF<br><br>**Joint Motion to Dismiss CNU Online Holdings, LLC with Prejudice** |

Pursuant to Federal Rule of Civil Procedure 41(a) and Local Rule 7-1, plaintiff Phylus Frazier-Swayne and defendant CNU Online Holdings, LLC ("CNU"), hereby stipulate and agree to dismiss CNU from this action with prejudice.

[continued on following page]

1  Each party to this joint motion will bear its own attorneys' fees and costs.

2  Dated: June 29, 2023

3  BALLARD SPAHR LLP                    FREEDOM LAW FIRM

By: /s/ David E. Chavez                By: /s/ Gerardo Avalos
Joel E. Tasca                          Gerardo Avalos
Nevada Bar No. 14124                   Nevada Bar No. 15171
David E. Chavez                        8985 S Eastern Ave, Suite 350
Nevada Bar No. 15192                   Las Vegas, NV 89123
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135                *Attorney for Plaintiff Phylus Frazier-Swayne*

*Attorneys for Defendant
CNU Online Holdings, LLC*

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge

DATED:  June 29, 2023

2